1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10   UNITEDHEALTH GROUP, INC.,                    )
                                                  )
11                         Plaintiff,             )        Case No. 2:14-cv-00224-RCJ-NJK
                                                  )
12   vs.                                          )        ORDER
                                                  )
13   UNITED HEALTHCARE, INC., et al,              )
                                                  )
14                                                )
                       Defendants.                )
15   ─────────────────────────────────           )

16          This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties

17   as required by LR 7.1-1.  Plaintiff filed its Complaint on February 11, 2014.  Docket No. 1.  LR 7.1-1(a)

18   requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and

19   counsel for private parties shall, upon entering a case, identify in the disclosure statement required by

20   Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including

21   parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b)

22   further states that if there are no known interested parties, other than those participating in the case, a

23   statement to that effect must be filed.  Additionally, LR 7.1-1(c)  requires a party to promptly file a

24   supplemental certification upon any change in the information that this rule requires.  To date, Plaintiff

25   has failed to comply.

26   . . . .

27   . . . .

28

1     Accordingly, **IT IS ORDERED** that Plaintiff shall file its Certificate as to Interested Parties,

2  which fully complies with LR 7.1-1 **no later than 4:00 p.m., March 3, 2014.** Failure to comply may

3  result in the issuance of an order to show cause why sanctions should not be imposed.

5     DATED: February 25, 2014.

NANCY J. KOPPE
United States Magistrate Judge

2