# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITEDHEALTH GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED HEALTHCARE, INC. et al., ) <br> ) <br> Defendants. ) <br> ) | 2:14-cv-00224-RCJ-NJK <br><br> **ORDER** |

This is a Lanham Act case. Pending before the Court is three Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 27). Plaintiff has not timely responded. The Court therefore grants the motion. *See* Local R. 7-2(d).

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 27) is GRANTED.

IT IS SO ORDERED.

Dated this 19th day of November, 2014.

_____
ROBERT C. JONES
United States District Judge