Michael J. McCue
Nevada Bar No. 6055
MMcCue@LRRLaw.com
Jonathan W. Fountain
Nevada Bar No. 10351
JFountain@LRRLaw.com
Meng Zhong
Nevada Bar No. 12145
MZhong@LRRLaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV  89169-5996
702.949.8200 (tel.)
702.949-8398 (fax)

*Attorneys for Plaintiff*
*UnitedHealth Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITEDHEALTH GROUP, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE, INC., a Nevada corporation, a/k/a UNITED HEALTHCARE MEDICAL DEVICES, INC., a Nevada corporation, UNITED HEALTHCARE, J.S.C., a Vietnamese business entity, UNITED HEALTHCARE FACTORY, a Vietnamese business entity, and XUAN VY CO., LTD., a Vietnamese business entity,<br><br>Defendants. | Case No. 2:14-cv-00224-RCJ-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff UnitedHealth Group, Inc. and Defendants BLV Medical Devices Technology, Inc. f/k/a United Healthcare, Inc. f/k/a United Healthcare Medical Devices, Inc., United Healthcare, J.S.C., United Healthcare Factory, and Xuan Vy Co., Ltd. , hereby stipulate to the dismissal of this lawsuit with prejudice. Each party shall bear its own

5860484_1

1  attorneys' fees and costs.

2  **IT IS SO AGREED AND STIPULATED:**

3  Dated: May 14, 2015.                    Respectfully submitted,

4                                          LEWIS ROCA ROTHGERBER LLP

6                                          By:    /s/ Meng Zhong
                                           Michael J. McCue
7                                          Jonathan W. Fountain
                                           Meng Zhong
                                           3993 Howard Hughes Pkwy., Suite 600
8                                          Las Vegas, NV 89169-5996
                                           (702) 949-8200 (tel.)
9                                          (702) 949-8398 (fax)

10                                         *Attorneys for Plaintiff
                                           UnitedHealth Group, Inc.*

12  Dated: May 14, 2015.                   Respectfully submitted,

13                                         WATSON ROUNDS

14                                         By:    /s/ Matthew D. Francis
                                           Matthew D. Francis
15                                         Arthur A. Zorio
                                           5371 Kietzke Lane
16                                         Reno, NV 89511
                                           (775) 324-4100 (tel.)
17                                         (775) 333-8171 (fax)

18                                         *Attorneys for Defendants
                                           BLV Medical Devices Technology, Inc. f/k/a
19                                         United Healthcare, Inc. f/k/a United
                                           Healthcare Medical Devices, Inc., United
20                                         Healthcare, J.S.C., United Healthcare
                                           Factory, and Xuan Vy Co., Ltd.*

22                                         **IT IS SO ORDERED:**

23                                         [signature]

24                                         UNITED STATES DISTRICT JUDGE

25                                         Dated: May 14, 2015

-2-

5860484_1